**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

MILTON WILLIAMS, *on behalf of himself and all other persons similarly situated*,

                      Plaintiff,

    -against-

MAC AND SONS, INC., and JUSTIN HENKE d/b/a HENKE FOODS,

                      Defendants.

------------------------------------- x

ORDER

21 Civ. 2209 (GBD)(RWL)

GEORGE B. DANIELS, United States District Judge:

The June 3, 2021 initial conference is cancelled, in light of this Court's referral to Magistrate Judge Lehrburger for General Pretrial.

Dated: May 26, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge