USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__9/15/2021__

# GOTTLIEB & ASSOCIATES
ATTORNEYS

150 E. 18ᵗʰ St.,  Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

September 15, 2021

**VIA ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

        *Re:*    *Williams v. Mac And Sons, Inc.,*
               Case No.: 1:21-cv-2209-GBD

Dear Judge Lehrburger,

      The undersigned represents Milton Williams, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Justin Henke D/B/A Henke Foods, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for September 27, 2021 at 11:00 AM (Dkt. 24) be adjourned for 30 days. This adjournment is requested because the Parties are close to resolving the specifics of a possible resolution of the matter. This is Plaintiff's second request for an adjournment.

      Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

                           Respectfully submitted,
                         **GOTTLIEB & ASSOCIATES**

cc: All counsel of record via ECF

                          */s/Michael A. LaBollita, Esq.*
                          Michael A. LaBollita, Esq.

Adjournment granted; no further extensions.

SO ORDERED:

9/15/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE