UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILTON WILLIAMS, *on behalf of himself and all* :
*other persons similarly situated,*                        :
                                                           :
                        Plaintiff,                         :
                                                           :                    ORDER
            -against-                                      :            21 Civ. 2209 (GBD)(RWL)
                                                           :
MAC AND SONS, INC., and JUSTIN HENKE             :
d/b/a HENKE FOODS,                                         :
                                                           :
                        Defendants.                        :
                                                           :
                                                           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

NOV 1 5 2021

        This Court having been advised that the parties have reached agreement on all issues in

this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without

prejudice to restoring the action to this Court's docket if an application to restore is made within

forty-five (45) days.

Dated: November   NOV 1 5 2021, 2021
        New York, New York

                                            SO ORDERED.

                                            *George B Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge